FLETCHER B. BROWN (State Bar No. 276390)
FLETCHER B. BROWN LAW FIRM
2831 Telegraph Ave.
Oakland, California 94609
Fletcher@FletcherBrown.law
Telephone: 510-986-0441

Attorneys for Plaintiff
PATRICIA DAVIS

*Counsel for Defendant on following page*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| PATRICIA DAVIS, | Case No. 2:19-cv-00885-JAM-DB |
| Plaintiff, | **STIPULATION TO AMEND COMPLAINT; ORDER** |
| vs. | |
| DOLLAR TREE STORES, INC and DOES 1-100 INCLUSIVE, | |
| Defendant. | |

STIPULATION TO AMEND COMPLAINT; [PROPOSED] ORDER

1

16478676.1

1

2  HANSON BRIDGETT LLP
   JAHMAL T. DAVIS, SBN 191504
3  jdavis@hansonbridgett.com
   JENNIFER L. YAZDI, SBN 301868
4  jyazdi@hansonbridgett.com
   425 Market Street, 26th Floor
5  San Francisco, California 94105
   Telephone:     (415) 777-3200
6  Facsimile:     (415) 541-9366

7
   Attorneys for Defendant
8  DAVIS, JAHMAL T.
   YAZDI, JENNIFER L.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO AMEND COMPLAINT;          2
[PROPOSED] ORDER

16478676.1

## **STIPULATION**

This stipulation is made and entered into between Plaintiff Patricia Davis ("Plaintiff") and Defendant Dollar Tree Stores, Inc. ("Defendant") by and through their respective counsel, with reference to the following:

1. WHEREAS, on April 17th, 2019, Plaintiff filed her initial Complaint in the above-referenced matter in Superior Court of California, County of Yolo, Case No. CV19-761;

2. WHEREAS, on May 16th, 2019, Defendants removed this action to this Court;

3. WHEREAS, on December 10, 2019, this Court issued a Consent Order Granting Substitution of Attorney for Defendant's current counsel;

4. WHEREAS, on March 10, 2020, Defendant filed a Motion for Judgment on the Pleadings (Doc. No. 18);

5. WHEREAS, Plaintiff and Defendant met and conferred regarding the initial Complaint, and Plaintiff's desire to amend the Complaint in order to avoid unnecessary motion practice;

6. WHEREAS, Plaintiff has agreed to amend the Complaint to remove any cause of action of disability discrimination or racial discrimination;

7. WHEREAS, Plaintiff's proposed Amended Complaint contains only one cause of action for constructive termination;

8. WHEREAS, a proposed order and proposed copy of the First Amended Complaint are attached hereto.

9. WHEREAS, Defendant stipulates to withdrawing its pending Motion for Judgment on the Pleadings now set for May 5, 2020.

IT IS SO STIPULATED.

STIPULATION TO AMEND COMPLAINT; [PROPOSED] ORDER      3

16478676.1

| | | |
|---|---|---|
| 1 | Dated: April 17, 2020 | FLETCHER B. BROWN (State Bar No. 276390) |

**/s/ Fletcher B. Brown**

Fletcher B. Brown
Attorney for Plaintiff
PATRICIA DAVIS

Dated: April 17, 2020                HANSON BRIDGETT LLP

**/s/ Jennifer L. Yazdi** (as authorized on 4/17/20)

Jahmal T. Davis
Jennifer L. Yazdi
Attorneys for Defendant
DOLLAR TREE STORES, INC.

STIPULATION TO AMEND COMPLAINT;
[PROPOSED] ORDER

4

16478676.1

**ORDER**

Pursuant to the parties' stipulation, and for good cause shown, it is hereby ordered that Plaintiff may file a First Amended Complaint eliminating claims of Disability Discrimination and Racial Discrimination as their own separate Causes of Action.

IT IS ORDERED that the defendant's motion be vacated from the May 5, 2020 hearing calendar.

IT IS SO ORDERED.

Dated:   April 23, 2020

/s/ John A. Mendez\_\_\_\_
JOHN A. MENDEZ