UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA DAVIS, | No. 2:19-cv-0885 JAM DB |
| Plaintiff, | |
| v. | ORDER |
| DOLLAR TREE STORES, INC., | |
| Defendant. | |

On June 24, 2020, defendant filed a motion to compel and noticed the motion for hearing before the undersigned on July 10, 2020, pursuant to Local Rule 302(c)(1). (ECF No. 27.) On June 24, 2020, the parties filed a Joint Statement re Discovery Disagreement. (ECF No. 28.) Therein, defendant explains that the discovery at issue includes "inadequate written discovery, the scheduling of Plaintiff's deposition . . . providing the signed authorization for release of medical records . . . and failing to finalize a stipulated protective order for the exchange of sensitive documents." (ECF No. 28 at 1.) Plaintiff's counsel explains that part of the problem with production has been counsel experiencing "problems getting a hold of my client." (Id. at 3.)

Discovery in this action must be completed by July 17, 2020. (ECF No. 15 at 5.) As explained in the scheduling order issued by the assigned District Judge on September 26, 2019, "'completed' means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if

1

necessary and, where discovery has been ordered, the order has been complied with." (Id.)  In this regard, there is not sufficient time remaining prior to the close of discovery to address the parties' numerous disputes, issue an order, and ensure that order has been complied with.

Accordingly, IT IS HEREBY ORDERED that defendants' June 24, 2020 motion to compel (ECF No. 27) is denied without prejudice and the **July 10, 2020** hearing is vacated.

Dated:  July 6, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\ davis0885.disc.unt.ord

DLB:6
DB\orders\orders.pro se\yee2955.r(4).eot.ord